Case No. 23-35105

**IN THE UNITED STATE COURT OF APPEALS
FOR THE NINTH CIRCUIT**

UNITED FEDERATION OF CHURCHES LLC, DBA The Satanic Temple,

*Plaintiff-Appellee,*

v.

DAVID ALAN JOHNSON, AKA ADJ; LEAH FISHBAUGH; MICKEY MEEHAM; NATHAN SULLIVAN,

*Defendants-Appellants.*

On Appeal from the United States District Court
for Western Washington, Seattle
Case No. 2:20-cv-00509-RAJ
The Honorable Richard A. Jones

**STIPULATED DISMISSAL OF APPEAL NO. 23-35105 ONLY**

Pursuant to Fed. R. App. P. 42(b)(1), Defendants-Appellants David Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan and Plaintiff-Appellee United Federation of Churches d/b/a The Satanic Temple stipulate that Defendants-Appellants' cross appeal No. 23-35105 be dismissed without assessment of costs to any party. Appeal No. 23-35060 remains pending.

1

                    Respectfully Submitted,

Dated: June 13, 2023               **ARETE LAW GROUP PLLC**

By:   */s/ Jeremy E. Roller*
      Jeremy E. Roller, WSBA No. 32021
      Arete Law Group PLLC
      1218 Third Avenue, Suite 2100
      Seattle, WA 98101
      (206) 428-3250
      jroller@aretelaw.com

*Attorneys for Defendants-Appellees/Cross-Appellants David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan*

**CROWN LAW**

By:   */s/ Matt Kezhaya*
      Matt Kezhaya, AR#2014161
      150 S. Fifth St., Ste. 1850
      Minneapolis, MN 55401
      matt@crown.law

*Attorneys for Plaintiff-Appellee United Federation of Churches LLC d/b/a The Satanic Temple*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: June 13, 2023

        **ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
Arete Law Group PLLC
1218 Third Avenue, Suite 2100
Seattle, WA 98101
(206) 428-3250
jroller@aretelaw.com

*Attorneys for David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan*