| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 15 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES LLC, DBA The Satanic Temple,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>DAVID ALAN JOHNSON, AKA ADJ; et al.,<br><br>        Defendants-Appellees. | No.   23-35060<br><br>D.C. No. 2:20-cv-00509-RAJ<br>Western District of Washington, Seattle<br><br>ORDER |

The following briefing schedule shall govern this appeal: appellees' answering brief is due June 26, 2023; and appellant's optional reply brief is due within 21 days from the service date of the answering brief.

                                      FOR THE COURT:

                                      By: Mary Schlepp<br>                                      Deputy Clerk

Mediation