Case No. 23-35060

# IN THE UNITED STATE COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED FEDERATION OF CHURCHES LLC, DBA The Satanic Temple,

*Plaintiff-Appellant,*

v.

DAVID ALAN JOHNSON, AKA ADJ; LEAH FISHBAUGH; MICKEY MEEHAM; NATHAN SULLIVAN,

*Defendants-Appellees.*

On Appeal from the United States District Court
for Western Washington, Seattle
Case No. 2:20-cv-00509-RAJ
The Honorable Richard A. Jones

## MOTION TO TRANSMIT PHYSICAL EXHIBIT

> Jeremy E. Roller, WSBA No. 32021
> Lisa Herb, WSBA No. 23161
> Arete Law Group PLLC
> 1218 Third Avenue, Suite 2100
> Seattle, WA 98101
> (206) 428-3250
> jroller@aretelaw.com
> lherb@aretelaw.com
>
> *Attorneys for David Alan Johnson, Leah Fishbaugh, Mickey Powell, and Nathan Sullivan*

Pursuant to Ninth Circuit Rule 27-14, Defendants-Appellees David Alan Johnson, Leah Fishbaugh, Mickey Powell, and Nathan Sullivan hereby request they be granted leave to transmit the attachment referenced in the Notice of Filing of Physical Materials with the Clerk (SER 103-05; USDC Dkt. No. 47) in physical form. The attachment includes an mp4 video file entitled "GMT20200315-220437_Town-Hall-_640x360 (1).mp4," the contents of which are relevant and useful to the Court in deciding this appeal.

Dated: June 26, 2023.

**ARETE LAW GROUP PLLC**

By: /s/ *Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
Lisa Herb, WSBA No. 23161
Arete Law Group PLLC
1218 Third Avenue, Suite 2100
Seattle, WA 98101
(206) 428-3250
jroller@aretelaw.com
lherb@aretelaw.com

*Attorneys for David Alan Johnson, Leah Fishbaugh, Mickey Powell, and Nathan Sullivan*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated:  June 26, 2023.

**ARETE LAW GROUP PLLC**

By:  */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
Lisa Herb, WSBA No. 23161
Arete Law Group PLLC
1218 Third Avenue, Suite 2100
Seattle, WA 98101
(206) 428-3250
jroller@aretelaw.com
lherb@aretelaw.com

*Attorneys for David Alan Johnson, Leah Fishbaugh, Mickey Powell, and Nathan Sullivan*