UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUL 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES, LLC, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DAVID ALAN JOHNSON; et al., <br><br> Defendants-Appellees. | No. 23-35060 <br><br> D.C. No. 2:20-cv-00509-RAJ <br> Western District of Washington, Seattle <br><br> ORDER |

The opposed motion to transmit a physical exhibit (Docket Entry No. 18) is

referred for resolution to the panel that will consider the merits of the case.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA161