Case No. 23-35060

# IN THE UNITED STATE COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED FEDERATION OF CHURCHES LLC, DBA The Satanic Temple,

*Plaintiff-Appellant,*

v.

DAVID ALAN JOHNSON, AKA ADJ; LEAH FISHBAUGH; MICKEY MEEHAM; NATHAN SULLIVAN,

*Defendants-Appellees.*

On Appeal from the United States District Court
for Western Washington, Seattle
Case No. 2:20-cv-00509-RAJ
The Honorable Richard A. Jones

## APPELLEES' REPLY IN SUPPORT OF MOTION TO TRANSMIT PHYSICAL EXHIBIT

> Jeremy E. Roller, WSBA No. 32021
> Lisa Herb, WSBA No. 23161
> Arete Law Group PLLC
> 1218 Third Avenue, Suite 2100
> Seattle, WA 98101
> (206) 428-3250
> jroller@aretelaw.com
>
> *Attorneys for David Alan Johnson, Leah Fishbaugh, Mickey Powell, and Nathan Sullivan*

In its Response to Appellees' Motion to Transmit Physical Exhibit ("Response"), Plaintiff-Appellant, United Federation of Churches LLC d/b/a The Satanic Temple ("The Satanic Temple") objects that the exhibit should not be accepted because it is not relevant or necessary to the appeal. Response at 3-4. However, The Satanic Temple itself made the exhibit necessary and relevant to its appeal.

In its Opening Brief, The Satanic Temple repeatedly refers to Appellees—its former members David Johnson, Leah Fishbaugh, Micky Powell, and Nathan Sullivan (the "Expelled Members")—as "thieves." *See, e.g.*, Opening Brief at 12 (referring to the Expelled Members as "thieves"); Opening Brief at 13 ("The thieves again moved for Rule 12(b)(6) dismissal."); Opening Brief at 13 ("The thieves then moved for a Rule 12(b)(1) dismissal . . ."). The Satanic Temple apparently uses the label "thieves" in its Opening Brief because of its assertion that the Expelled Members "stole" a Facebook page referred to in the Opening Brief as the "Allies" page (Opening Brief at 12) and referred to as the "Memes" page in the Expelled Members' Answering Brief. Answering Brief at 2, 8.

In the Expelled Members' Answering Brief, the Expelled Members object to The Satanic Temple's disparaging and untruthful use of the label "thieves" to refer to them. As noted in the Expelled Members' Answering Brief, not only does

the use of such a disparaging label reflect a lack of decorum required in judicial proceedings, it is especially improper because The Satanic Temple is fully aware that the term is untrue.

The Satanic Temple was made well aware during the District Court proceedings through the Expelled Members' counsel's emails and through the Expelled Members' Opposition to Plaintiff's Motion for Preliminary Injunction (which was only brought by the Satanic Temple to drive up the Expelled Members' attorneys' fees, given that it was filed more than two years after the case was started and given that The Satanic Temple did not even bother to file a reply) that irrefutable evidence shows The Satanic Temple relinquished all interest it had, if any, in the "Allies" or "Memes" page. Answering Brief at 9, n. 7. One piece of the irrefutable evidence is an email from The Satanic Temple's Media Liaison, Paul Case/"Tarkus Claypool," in which he expressly states that the Memes page ("Evergreen Memes for Queer Satanic Fiends") belonged to Appellee Mickey Powell[1] to use "free and clear" and that The Satanic Temple had "no desire to claim it." *Id.* (citing SER 17; SER 36 at ¶ 14; SER 52; SER 70-71 at ¶ 10; SER 76). A second piece of irrefutable evidence is the recording at issue in the Expelled Members' Motion to Transmit Physical Exhibits, which is a recording of a March

---

[1] Appellee Mickey Powell was known at the time as Mickey Meehan or by the pseudonym "Lenore."

15, 2020 online town hall meeting via Zoom, in which Paul Case/"Tarkus Claypool," publicly reiterated and confirmed in front of The Satanic Temple's Washington members, including the Washington Chapter Head, Leah Garvais/"Siri Sanguine," that The Satanic Temple had relinquished any interest in the Memes page:

> I do want to say that **we're not going to, you know, ask Lenore to give the page back in any way.** I wish them well, and I hope they continue growing that and make it a great success. Because they're going to fight their fight, their way. And so, let them do what they want to, and I wish them well, because both Lenore and ADJ [Johnson] did a wonderful job in their roles that they had. It just wasn't within the TST guidelines that we are beholden to. So I want to give them due credit, and just you know, wish them well with what they're going to plan to do with it in the future.

Transcription of SER 103-05 at time stamp 1:20:35 (USDC Dkt. No. 47).

Despite knowing this, The Satanic Temple falsely asserts in its Opening Brief that the Expelled Members are "thieves." By its own conduct, The Satanic Temple has made SER 103-05 relevant and necessary for the Expelled Members to respond to and explain their objection to The Satanic Temple's unwarranted disparagement.

3

The Expelled Members thus respectfully request that the Court accept transmission of SER 103-05.

Dated: July 12, 2023.  **ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
Lisa Herb, WSBA No. 23161
Arete Law Group PLLC
1218 Third Avenue, Suite 2100
Seattle, WA 98101
(206) 428-3250
jroller@aretelaw.com

*Attorneys for David Alan Johnson, Leah Fishbaugh, Mickey Powell, and Nathan Sullivan*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: July 12, 2023.

                                    **ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
Lisa Herb, WSBA No. 23161
Arete Law Group PLLC
1218 Third Avenue, Suite 2100
Seattle, WA 98101
(206) 428-3250
jroller@aretelaw.com
lherb@aretelaw.com

*Attorneys for David Alan Johnson, Leah Fishbaugh, Mickey Powell, and Nathan Sullivan*