# 23-35060

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

United Federation of Churches, LLC (dba "The Satanic Temple"),
*Plaintiff-Appellant,*

*v.*

David Alan Johnson, Leah Fishbaugh, Mickey Meehan, and Nathan Sullivan,
*Defendants-Appellees.*

On appeal from the United States District Court
for the Western District of Washington,
No. 2:20-cv-00509
Hon. Richard A. Jones, Senior U.S. District Judge, presiding

## MOTION TO FILE A LATE REPLY BRIEF



| | |
|---|---|
| **Matt Kezhaya** | **matt@crown.law** |
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0402193 | general: (612) 276-2216 |

150 S. Fifth St., Suite 1850, Minneapolis, MN 55402

**COMES NOW** Appellant who respectfully requests that this Court accept filing of a late reply brief.

By approval of a streamlined request (DktEntry 26), the Court of Appeals granted TST's request for an extension of time to file the reply brief (DktEntry 27). The new due date was August 16, 2023.

TST's counsel's sister-in-law passed away unexpectedly on June 20. Counsel was assisting his wife with out-of-state funeral arrangements and with getting her sister's final affairs in order. Most urgently to include establishment of guardianship for her sister's now orphaned 11-year-old daughter. Compounding the issue, Counsel's wife is also his law partner, so Counsel had taken on additional work to minimize delay in the administration of their cases.

Counsel mis-calendared the new reply deadline due to the above stated distress and short-handedness, and planned his schedule according to the mistaken date. Counsel's error came to his attention on August 18, upon reviewing the docket while preparing the reply

brief.

In mitigation, Counsel respectfully notes that he has been practicing for almost nine years and has never missed an appellate briefing deadline before this. He has was admitted to the Ninth Circuit Court of Appeals on April 9, 2020 and has never missed a deadline before this Court. Further, the tendered brief was only two days late and there is no arguable prejudice to the Appellees. This motion and the tendered brief are filed before the case has been submitted and well in advance of the to-be-scheduled oral argument setting.

The above constitutes good cause and excusable neglect and the error was not made to delay these proceedings. Counsel has demonstrated diligence in timely filing the opening brief and any requested extensions. Acceptance of the two-day late reply brief will result in no prejudice and will assist the Court in its determination of the issues.

**WHEREFORE** Appellant prays for an order accepting the attached brief.



| | |
|---|---|
| *s/Matt Kezhaya* | matt@crown.law |
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0402193 | general: (612) 276-2216 |

150 S. Fifth Street, Suite 1850, Minneapolis, MN 55402

## CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled this document by uploading it to the CM/ECF system on August 18, 2023 which sends service to registered users, including all other counsel of record in this cause. Paper service to follow upon the Clerk's instruction. *s/Matt Kezhaya*

## CERTIFICATE OF COMPLIANCE

This document complies with the page limitation of FRAP 27 (motions: 5,200 word limit) because, excluding the parts of the document exempted by FRAP 32(f), this document contains **570** words.

This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6) because this document has been prepared in a proportionally spaced typeface using MS Office 365 in 14pt "Calisto MT" font. Headers are in 15pt "Calisto MT" font.

The electronic version of the brief have been scanned for viruses and is virus-free. *s/Matt Kezhaya*