| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>AUG 22 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES LLC, DBA The Satanic Temple,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>DAVID ALAN JOHNSON, AKA ADJ; et al.,<br><br>        Defendants - Appellees. | No. 23-35060<br><br>D.C. No. 2:20-cv-00509-RAJ<br>U.S. District Court for Western Washington, Seattle<br><br>**ORDER** |

The reply brief submitted on August 18, 2023 is filed.

Within 7 days of this order, appellant is ordered to file 6 copies of the brief in paper format with gray covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT